# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. __09-794__ |
| v. | : | DATE FILED: __01/26/2010__ |
| RAYMOND HORSCH | : | VIOLATIONS:<br>21 U.S.C. § 841(a)(1), (b)(1)(B) |
| | : | (manufacturing 100 or more marijuana plants - 1 count) |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(B) (possession with intent to distribute 100 or more |
| | : | marijuana plants - 1 count)<br>18 U.S.C. § 924(c)(1)(A), (c)(1)(B)(i) |
| | : | (possession of a short-barreled shotgun in furtherance of a drug trafficking crime - 1 |
| | : | count)<br>18 U.S.C. § 922(g)(1) (possession of a |
| | : | firearm and ammunition by a convicted felon - 1 count) |
| | : | Notice of forfeiture |

## SUPERSEDING INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 22, 2009, in Chalfont, in the Eastern District of Pennsylvania, defendant

### RAYMOND HORSCH

knowingly and intentionally manufactured 100 or more marijuana plants, that is, approximately 455 marijuana plants, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 22, 2009, in Chalfont, in the Eastern District of Pennsylvania, defendant

### RAYMOND HORSCH

knowingly and intentionally possessed with intent to distribute 100 or more marijuana plants, that is, approximately 455 marijuana plants, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 22, 2009, in Chalfont, in the Eastern District of Pennsylvania, defendant

**RAYMOND HORSCH**

knowingly possessed a firearm, that is:

(1)    an Ithaca Gun Co. brand 12-gauge pump action shotgun, model 37, serial number 33802, with a barrel of approximately 14 1/16 inches and an overall length of approximately 24 7/8 inches;

(2)    a Belgian brand 16 gauge double barrel shotgun, serical number 19585, with a barrel of approximately 11 3/16 inches and overall length of approximately 19 3/8 inches; and

(3)    a U.S. Military M-1 .30 caliber carbine made by IBM Corporation, serial number 3702632;

all in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is: (1) manufacturing marijuana; and (2) possession with intent to distribute marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A), (c)(1)(B)(i).

-3-

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 22, 2009, in Chalfont, in the Eastern District of Pennsylvania, defendant

### RAYMOND HORSCH,

having been convicted in a court of the United States of America of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce a firearm and ammunition, that is,

(1)    an Ithaca Gun Co. brand 12-gauge pump action shotgun, model 37, serial number 33802, with a barrel of approximately 14 1/16 inches and an overall length of approximately 24 7/8 inches;

(2)    a Belgian brand 16 gauge double barrel shotgun, serical number 19585, with a barrel of approximately 11 3/16 inches and overall length of approximately 19 3/8 inches;

(3)    a U.S. Military M-1 .30 caliber carbine made by IBM Corporation, serial number 3702632;

(4)    250 cartridges of .30 caliber carbine ammunition, bearing "Sellier and Bellot" on the headstamp;

(5)    10 16 gauge shotgun shells, bearing "Rottweil" on the headstamp;

(6)    23 .410 caliber shotgun shells, bearing "Fiocchi" on the headstamp;

(7)    23 16 gauge shotgun shells, bearing "Gamebore" on the headstamp;

(8)    1 spent 16 gauge shotgun shell, bearing "Gamebore" on the headstamp; and

(9)    38 16 gauge shotgun shells, bearing "Fiocchi" on the headstamp.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      As a result of the violations of Title 21, United States Code, Section 841(a)(1), set forth in this indictment, defendant

### RAYMOND HORSCH

shall forfeit to the United States of America:

(a)      any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, an offense under Title 21, United States Code, Section 841(a)(1), including, but not limited to: the real property known as 520 Airy Avenue, Chalfont, Pennsylvania; and

(b)      any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of an offense under Title 21, United States Code, Section 841(a)(1).

(c)      the firearms involved in the commission of the offenses charged under Title 18, United States Code, Chapter 44, including, but not limited to:

(i)      an Ithaca Gun Co. brand 12-gauge pump action shotgun, model 37, serial number 33802, with a barrel of approximately 14 1/16 inches and an overall length of approximately 24 7/8 inches;

(ii)     a Belgian brand 16 gauge double barrel shotgun, serical number 19585, with a barrel of approximately 11 3/16 inches and overall length of approximately 19 3/8 inches; and

(iii)    a U.S. Military M-1 .30 caliber carbine made by IBM Corporation, serial number 3702632.

2.    If any of the property subject to forfeiture pursuant to an offense under Title 21, United States Code, Section 841(a)(1), as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided

without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

3.    As a result of the violations of Title 18, United States Code, Sections 924(c) and 922(g)(1), set forth in this indictment, defendant

**RAYMOND HORSCH**

shall forfeit to the United States of America the firearms involved in the commission of such offense, including, but not limited to:

(a)    an Ithaca Gun Co. brand 12-gauge pump action shotgun, model 37, serial number 33802, with a barrel of approximately 14 1/16 inches and an overall length of approximately 24 7/8 inches;

(b)    a Belgian brand 16 gauge double barrel shotgun, serical number 19585, with a barrel of approximately 11 3/16 inches and overall length of approximately 19 3/8 inches;

(c)    a U.S. Military M-1 .30 caliber carbine made by IBM Corporation, serial number 3702632;

(d)    250 cartridges of .30 caliber carbine ammunition, bearing "Sellier and Bellot" on the headstamp;

(e)    10 16 gauge shotgun shells, bearing "Rottweil" on the headstamp;

(f)    23 .410 caliber shotgun shells, bearing "Fiocchi" on the headstamp;

(g)    23 16 gauge shotgun shells, bearing "Gamebore" on the headstamp;

(h)    1 spent 16 gauge shotgun shell, bearing "Gamebore" on the headstamp; and

(i)    38 16 gauge shotgun shells, bearing "Fiocchi" on the headstamp.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____

**GRAND JURY FOREPERSON**

**MICHAEL L. LEVY**
**United States Attorney**

-8-