Prepared By:   Elizabeth Abrams
Return To:     United States Attorney's Office
               615 Chestnut Street
               Suite 1250
               Philadelphia, PA 19106
Parcel No.:    26-6-86

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Criminal No. 09-794** |
| **RAYMOND HORSCH** | : | |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned case has been commenced and is now pending in the United States District Court for the Eastern District of Pennsylvania.

In the pending criminal proceeding there is probable cause to believe that the real property described below and commonly known as **520 Airy Avenue, Chalfont, Pennsylvania 18914-1829**, would in the event of conviction, be subject to forfeiture pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 924(d).

The name of the person whose interest is intended to be affected is **Raymond C. Horsch**.

The property to be forfeited by reason of the foregoing, and to which this

Lis Pendens refers, is more specifically described in the most recent Deed of Record at Book

4984, Page 533, and which is further described as follows:

**ALL THAT CERTAIN lot or piece of ground, with the buildings and improvements thereon erected, situate in New Britain Township, County of Bucks and Commonwealth of Pennsylvania. Harris and Henry, Registered Engineers and Surveyors, Doylestown, Pennsylvania, on April 17, 1953 and revised on January 18, 1956, bounded and described as follows to wit:**

**BEGINNING at a point on the Southeast side of Airy Avenue (50 feet wide) which point is measured North 41 degrees and 26 minutes East 62.60 feet from a point which point is measured on the arc of a circle curving to the left having a radius of 175 feet the arc distance of 271.32 feet from a point now on the Southwest side of Airy Avenue which point is measured South 49 degrees 44 minutes East 670.89 feet from a point which point is measured on the arc of a circle curving to the right having a radius of 8 feet the arc distance of 12.46 feet from a point on the Southeast side of Lexington Avenue (50 feet wide); thence extending along the Southeast side of Airy Avenue North 41 degrees 26 minutes East 108 feet to a point thence extending South 49 degrees 44 minutes East 190 feet to a point; thence extending South 41 degrees 26 minutes West 108 feet to a point; thence extending North 49 degrees 44 minutes West 190 feet to a point on the Southeast side of Airy Avenue the first mentioned Point and Place of BEGINNING.**

**BEING LOT NUMBER 86 Airy Avenue.**

**BEING THE SAME PREMISES which Thomas A. C. McIntyre and Elizabeth Yost granted and conveyed unto Walter Helms and Edith M. Helms, Husband and Wife by deed dated May 25, 1956 recorded June 6, 1956 in Deed Book 1311 page 540, Bucks County records.**

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

ELIZABETH F. ABRAMS
Assistant United States Attorney
PA Attorney ID# 86525

Date: 8/6/10