IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION FILED |
| | : | UNDER SECTION 851 OF |
| v. | : | TITLE 21, U.S.C., RELATING |
| | : | TO SUPERSEDING INDICTMENT 09-794 |
| RAYMOND HORSCH | : | FILED JANUARY 26, 2010 |
| | : | |

<u>INFORMATION CHARGING PRIOR OFFENSES</u>

Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, hereby accuses this defendant, who was charged on January 26, 2010, in the Eastern District of Pennsylvania, with manufacturing 100 or more marijuana plants in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), and possession with intent to distribute more than 100 marijuana plants in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), of having previously been convicted as described below:

1.     On or about April 24, 1985, in the United States District Court for the Eastern District of Pennsylvania, defendant Raymond C. Hoersch, a/k/a Richard Harris, was sentenced to 3 years imprisonment and 5 years of probation, following his conviction for a felony controlled substance violation on Docket No. 77-CR-89, arising from a February 4, 1977, arrest by the Drug Enforcement Administration for manufacturing methamphetamine and possession

with intent to distribute methamphetamine, both in violation of 21 U.S.C § 841(a)(1).

ZANE DAVID MEMEGER
United States Attorney


PETER F. SCHENCK
Chief, Criminal Division
Assistant United States Attorney


Filed___12/23/2010___

2