RBS

29

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 09-794

FILED
JAN 11 2011
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

RAYMOND HORSCH

*O R D E R*

AND NOW, this 10th day of January, 2011, upon consideration of the Guilty Plea Agreement, the Government's Plea Memorandum and the oral motion to file those documents under seal, and after balancing the public right of access to court documents with ensuring the confidentiality of criminal investigations and protecting cooperating witnesses, it is hereby

**ORDERED**

that the Guilty Plea Agreement and the Government's Plea Memorandum, and all related papers and proceedings, including the recording and transcript of the Plea Hearing held January 10, 2011, are SEALED and IMPOUNDED until further order of this Court. The Clerk shall note this Order as a judicial document in the docket entries, and the accompanying memorandum and documents shall be designated as plea documents in the docket entries.

BY THE COURT:

HONORABLE R. BARCLAY SURRICK
United States District Court Judge

Fax to:
Abrams
Brown
1-10-11

Copy to:
D. Hayes
1-11-11