**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND HORSCH | No. 2:09-cr-00794 |

**THE PHILADELPHIA INQUIRER, LLC'S**
**MOTION TO INTERVENE TO SEEK ACCESS TO RECORDS**

Pursuant to the First Amendment and common law right of access to judicial proceedings and records, and for the reasons set forth the accompanying Memorandum of Law, The Philadelphia Inquirer, LLC, moves this Court for leave to intervene to seek access to records and to file the Motion and Memorandum of Law attached hereto as Exhibit A.

**STAPLETON SEGAL COCHRAN LLC**

October 5, 2026

By: /s/ *Eli Segal*
Eli Segal (PA ID 205845)
1760 Market Street, Suite 403
Philadelphia, PA 19103
215.402.6555
esegal@stapletonsegal.com
*Attorneys for The Philadelphia Inquirer, LLC*