**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND HORSCH | No. 2:09-cr-00794 |

**MEMORANDUM OF LAW IN SUPPORT OF**
**THE PHILADELPHIA INQUIRER, LLC'S**
**MOTION TO INTERVENE TO SEEK ACCESS TO RECORDS**

The Philadelphia Inquirer, LLC ("The Inquirer") publishes *The Philadelphia Inquirer* print newspaper and inquirer.com. In recent months, there has been extensive law enforcement activity relating to Raymond Horsch—the now-deceased former resident of what has become known as the Olney "house of horrors." As part of its coverage of this ongoing story of great public interest, The Inquirer has been investigating Horsch's past intersections with the criminal justice system. This drugs-and-weapons case is one such past intersection. Multiple docket entries and hearing transcripts, however, are sealed or otherwise inaccessible, and, to assert its First Amendment and common law right of access to those records, The Inquirer now seeks leave to intervene to file the Motion for Access and Memorandum of Law attached hereto as Exhibit A. *See United States v. Criden*, 675 F.2d 550, 559 (2d Cir. 1982) (recognizing intervention as procedural mechanism to assert right of access).

**STAPLETON SEGAL COCHRAN LLC**

October 5, 2026

By: /s/ *Eli Segal*
Eli Segal (PA ID 205845)
1760 Market Street, Suite 403
Philadelphia, PA 19103215.402.6555
esegal@stapletonsegal.com
*Attorneys for The Philadelphia Inquirer, LLC*