**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND HORSCH | No. 2:09-cr-00794 |

**THE PHILADELPHIA INQUIRER, LLC'S**
**MOTION FOR ACCESS TO RECORDS**

Pursuant to the First Amendment and common law right of access to judicial proceedings and records, and for the reasons set forth the accompanying Memorandum of Law, The Philadelphia Inquirer, LLC, moves this Court for an order that makes publicly accessible all docket entries and hearing transcripts in this case, including, but not limited to, docket entries 13, 17, 18, 21, 27, 28, 29, 37, 42, 43, 44, and 45, and the transcripts of the January 10, 2011, plea hearing and June 28, 2012, sentencing hearing referenced in entries 26 and 40.

**STAPLETON SEGAL COCHRAN LLC**

October 5, 2026

By: /s/ *Eli Segal*
Eli Segal (PA ID 205845)
1760 Market Street, Suite 403
Philadelphia, PA 19103
215.402.6555
esegal@stapletonsegal.com
*Attorneys for The Philadelphia Inquirer, LLC*