**N THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **No. 09-cr-0794** |
| | : | |
| **RAYMOND HORSCH** | : | |

---

**ORDER**

**AND NOW**, this 21st day of October 2026, upon consideration of the Parties' Joint Stipulation for an Extension of Time to Respond, it is hereby **ORDERED** that the Government **SHALL** respond to the Motion for Access to Records (Doc. No. 59) **on or before** **October 27, 2026 at 12:00 p.m.**

**BY THE COURT:**

**PAUL S. DIAMOND, J.**