**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO. 09-794** |
| **RAYMOND HORSCH** | **:** | |

**O R D E R**

AND NOW, this _______ day of October, 2026, it is hereby

**O R D E R E D**

that the sentencing hearing held in this matter on June 28, 2012 (ECF 40) is UNSEALED for the limited purpose of producing a transcript of the hearing to the Court and government for the purpose of resolving litigation regarding whether the proceeding should be unsealed.

**IT IS FURTHER ORDERED** that, upon transcription, the resulting transcript of the hearing held in this matter on June 28, 2012 (ECF 40) shall be SEALED and IMPOUNDED until further Order of the Court, with the exception that a copy of the transcript shall be provided to the government.

BY THE COURT:

______________________________

HONORABLE PAUL S. DIAMOND
United States District Court Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 09-794** |
| **RAYMOND HORSCH** | : | |

**GOVERNMENT'S MOTION TO UNSEAL**
**HEARING FOR LIMITED PURPOSE OF TRANSCRIPTION**

The United States of America, by and through its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Justin Ashenfelter, Assistant United States Attorney for the district, moves to temporarily unseal the sentencing hearing held in this matter on June 28, 2012 (ECF 40), for the limited purpose of producing a transcript, and in support of this motion states as follows:

1. On October 5, 2026, the Philadelphia Inquirer, LLC ("The Inquirer") filed a motion to intervene and seek access to sealed docket entries in this case. ECF 56. In doing so, The Inquirer sought to unseal the transcript from the sentencing hearing on June 28, 2012.

2. On October 27, 2026, the government responded, consenting to unseal most of the documents sought by The Inquirer except for the sealed sentencing transcript. In its response, the government requested that the Court reserve judgment on whether the sentencing hearing transcript should be unsealed, as the transcript had not been made available to any party or the Court because it had not yet been transcribed.

3. On October 28, 2026, the government ordered the transcript but was advised that the Court must issue an order temporarily unsealing the docket entry in ECF 40 so the minutes could be transcribed.

WHEREFORE, the government requests that the June 28, 2012 sentencing hearing be temporarily unsealed for the limited purpose of producing a transcript of the hearing so the government can determine its position on whether it should remain sealed. The government further requests that the Court order that the resulting transcript of the hearing be sealed and impounded until further Order of the Court, with a directive that a copy of the transcript be provided to the undersigned.

Respectfully submitted,

DAVID METCALF
United States Attorney

*s/ Justin Ashenfelter*
JUSTIN ASHENFELTER
Assistant United States Attorney

Dated: October 28, 2026

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the government's motion was served on all counsel of record via ECF.

*s/ Justin Ashenfelter*
JUSTIN ASHENFELTER
Assistant United States Attorney

Dated: October 28, 2026