N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **No. 09-cr-0794** |
| | : | |
| **RAYMOND HORSCH** | : | |

## ORDER

On October 29, 2026 I ordered that the Change of Plea and Sentencing Hearings in this matter be transcribed and docketed under seal. (Doc. No. 66.) The Government has informed my Chambers that it does not oppose the unsealing of these Transcripts. It has also informed me that it no longer opposes the unsealing of Docket Entry No. 42. Because the Transcript for the Sentencing Hearing contains the private medical information of Mr. Eugene Horsch, I will redact two words in that Transcript.

**AND NOW**, this 2nd day of November, 2026, it is hereby **ORDERED** that:

1. The Clerk of Court shall docket under seal the Unredacted Transcript of the Sentencing Hearing;
2. The Clerk of Court shall publicly docket the Redacted Transcript of the Sentencing Hearing and the Transcript of the Change of Plea Hearing;
3. The Clerk of Court shall unseal Docket Entry No. 42 (Presentencing Document).

**BY THE COURT:**

***/s/ Paul S. Diamond***

**PAUL S. DIAMOND, J.**